UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-CV-22019-UU

MELISSA LYNN CHASTAIN,

    Plaintiff,

vs.

NCL (BAHAMAS) LTD., a Bermuda
Company d/b/a Norwegian Cruise Line
and MANDARA SPA (HAWAII), LLC, a
Florida Corporation d/b/a MANDARA
SPA (CRUISE II), LLC,

    Defendants.
_____/

**DEFENDANT MANDARA SPA (HAWAII), LLC'S CERTIFICATE OF
INTERESTED PARTIES AND CORPORATE DISCLOSURE**

Defendant, MANDARA SPA (HAWAII), LLC, d/b/a MANDARA SPA (CRUISE II), LLC ("MANDARA"), by and through undersigned counsel, and in compliance with Fed. R. Civ. P. 7.1, hereby files its Certificate of Interested Parties and Corporate Disclosure as follows:

1.    The name of any persons, associated persons, firms, partnerships and/or corporations that have a financial interest in the outcome of the case, including subsidiaries, conglomerates, affiliates, parent corporations and other identifiable legal entities related to a party, in addition to publicly traded companies that own ten percent (10%) or more of a party's stocks, and all other identifiable legal entities related to any party in the case.

CASE NO. 16-CV-22019-UU

Melissa Lynn Chastain
*Plaintiff*

NCL (Bahamas) Ltd.
*Defendant*

Mandara Spa (Cruise II), LLC
*Defendant*

Steiner Transocean Limited
*Shareholder of* Mandara Spa (Cruise II), LLC

Glenn J. Holzberg, Esq.
Miami, Florida
*Former Attorney for Plaintiff*

Michael Winkleman, Esq.
Miami, Florida
*Attorney for Plaintiff*

Ivan Izquierdo, Esq.
Miami, Florida
*Attorney for Plaintiff*

Lipcon, Margulies
Alsina & Winkleman, P.A.
*Attorneys for Plaintiff*

2. The name of every other entity that has publicly traded stock, equity or debt that may be substantially affected by the outcome of the proceedings.

None known.

3. The name of every other entity which is likely to be an active participant in the proceedings including the debtor, members of the creditor's committee, or twenty (20) largest unsecured creditors and bankruptcy cases.

None known.

Case 1:16-cv-22019-AOR Document 27 Entered on FLSD Docket 09/08/2016 Page 3 of 4

CASE NO. 16-CV-22019-UU

4. The name of each victim, (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

None known.

Respectfully submitted,

/s/ Jerry D. Hamilton
Jerry D. Hamilton
jhamilton@hamiltonmillerlaw.com
Jonathan Dunleavy
jdunleavy@hamiltonmillerlaw.com
Todd L. Sussman
tsussman@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically notices of Electronic Filing.

/s/ Jerry D. Hamilton
Jerry D. Hamilton

3

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131 · TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690

CASE NO. 16-CV-22019-UU

## SERVICE LIST

Michael Winkleman
mwinkleman@lipcon.com
Ivan Izquierdo
izquierdo@lipcon.com
LIPCON, MARGULIES
ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, Florida 33133
Telephone No.: (305) 373-3016
*Attorneys for Plaintiff*

Jerry D. Hamilton
jhamilton@hamiltonmillerlaw.com
Todd L. Sussman
tsussman@hamiltonmillerlaw.com
HAMILTON, MILLER & BIRTHISEL, LLP
150 Southeast Second Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 379-3686
*Attorneys for Defendants*